United States District Court District of Nevada

DARION ZAKIER KENSHAE JACKSON,

*Plaintiff,*

V.

TELUS INTERNATIONAL (US) CORP.,

*Defendant.*

CASE NO: 2:26-cv-00337-CDS-NJK

NOTICE OF FILING EXHIBITS

TO COMPLAINT

## NOTICE OF FILING EXHIBITS TO COMPLAINT

Plaintiff, Darion Z. Jackson, hereby submits the following documents as exhibits to the Complaint filed in this action:

1. Exhibit 1: EEOC Charge of Discrimination (Charge No. 487-2025-03711), signed November 20, 2025.
2. Exhibit 2: EEOC Determination and Notice of Rights (Right to Sue).

These documents were inadvertently omitted from the initial filing and are being submitted now to complete the court record.

Dated: 02/11/ , 2026

Respectfully submitted,

(Signature) _____ Darion Zakier Kenshae Jackson Plaintiff
Pro Se

