Darion Zakier Kenshae Jackson

3692 E Colton Ave

Las Vegas, NV 89115

(775)-223-6594

jacksondarion0@gmail.com*Plaintiff in Pro Se*



| ✓ FILED | ___ RECEIVED |
| ___ ENTERED | ___ SERVED ON |
| | COUNSEL ___ ES OF RECORD |

MAR 0 2 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

DARION ZAKIER KENSHAE JACKSON,　　　　| Case No.: 2:26-cv-00337-CDS-NJK

　　　　　　　　　　*Plaintiff,*

V.　　　　　　　　　　　　　　*REGARDING MANDATORY ARBITRATION*

TELUS INTERNATIONAL (US) CORP,

　　　　　　　　　　*Defendant.*

### PLAINTIFF'S NOTICE TO THE COURT ARBITRATION

1. Pursuant to the Clerk's Notice dated ~~February~~ *March 2* 13, 2026, Plaintiff hereby notifies the Court that this case is subject to mandatory arbitration.

2. Plaintiff intends to proceed via arbitration as required by the underlying agreement between the parties.

3. By filing this notice, Plaintiff is complying with the Court's 14-day deadline to avoid potential sanctions.

RESPECTFULLY SUBMITTED this _2nd_ day of ~~February~~ *March*, 2026.

(sign your name here) _____