**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

**DARION ZAKIER KENSHAE JACKSON**, *Plaintiff,*

v.

**TELUS INTERNATIONAL (US) CORP**, *Defendant.*



Case No. 2:26-cv-00337-CDS-NJK

**PLAINTIFF'S NOTIFICATION TO THE COURT REGARDING ARBITRATION PURSUANT TO LOCAL RULE 16-6**

To the Honorable Clerk of Court and Magistrate Judge Maximiliano D. Couvillier, III:

I, Darion Zakier Kenshae Jackson, the Plaintiff in this matter, proceeding *pro se*, respectfully submit this notification in response to the Clerk's Notice dated February 13, 2026.

Pursuant to Local Rule 16-6, I am notifying the Court that while my employment contract with Telus International (US) Corp includes a "Mutual Agreement to Arbitrate Claims," I believe this agreement is **unenforceable** and should not bar this case from the Early Neutral Evaluation (ENE) Program for the following reasons:

1. **Procedural Unconscionability:** The agreement was part of a non-negotiable electronic onboarding packet signed via DocuSign as a condition of employment.

2. **Substantive Unconscionability:** The agreement includes a Class Action Waiver and a waiver of my Seventh Amendment right to a jury trial. I contend these terms are designed to prevent employees from seeking justice for statutory violations, similar to those in *Meagher v. TELUS International (U.S) Corp.*

3. **Complex Claims and Wage Structure:** This case involves complex claims of **ADA discrimination**, specifically regarding a period of 15 days during which my required accommodations were removed and later reinstated. It also involves retaliation following my reports to **HR and the Ethics Hotline**. Furthermore, my compensation involved a performance-based **"Point System"** that increased my pay from $15.00 to $18.00 per hour. I argue that forcing a worker into private arbitration over complex statutory civil rights and internal company-mandated point systems is substantively unfair and serves as a barrier to justice.

4. Therefore, I respectfully request that this case remain in the ENE Program and continue through the standard judicial process.

Respectfully submitted,

_____

**Darion Zakier Kenshae Jackson** 3692 E Colton Ave Las Vegas, Nv 89115 775-223-6594

Date: 03/02/2026