Darion Zakier Kenshae Jackson
3692 E Colton Ave.
Las Vegas, NV 89115
(775)-223-6594
Jacksondarion0@gmail.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| DARION ZAKIER KENSHAE JACKSON, | Case No.: 2:26-cv-00337-CDS-NJK |
|---|---|
| PLAINTIFF, | |
| V. | **PLAINTIFF'S WRITTEN EXPLANATION REGARDING FINANCIAL STATUS** |
| TELUS INTERNATIONAL (US) CORP,, | |
| DEFENDANT. | |

I, Darion Jackson, submit this explanation as directed by the Court's Order dated February 13, 2026, to clarify my financial situation and how I maintain the necessities of life: **Loss of Income and Housing**. After my employment with Telus ended, I held a contract position through January 2026. However, that contract ended, and I can no longer afford rent. **Living Situation**: I have moved into a family member's residence. While I am expected to pay rent, I am currently behind on payments due to significant accumulated debt. **Sources of Support**: I am currently receiving public assistance, specifically SNAP (food stamps) and welfare. I have also sold personal belongings to generate small amounts of cash. **Current Employment**: I recently obtained a part-time job in February 2026. However, my income is currently insufficient to cover my past-due bills and standard living expenses. **Clarification of Initial Filing**: In my original application, I indicated zero assets and income because, at that moment, I had no liquid bank funds and no stable recurring income. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/02/2026

_____

**DARION JACKSON, Plaintiff**