**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Darion Zakier Kenshae Jackson,

    Plaintiff(s),

v.

Tellus International (US) Corp.,

    Defendant(s).

Case No. 2:26-cv-00337-CDS-NJK

**Order**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. Plaintiff indicated therein that he is unemployed, has zero sources of income of any kind, has zero money in cash or banking accountings, has no assets of value, and has no regular monthly expenses. Docket No. 1 at 1-2. The Court ordered Plaintiff to explain his financial situation given those representations. Docket No. 5. Plaintiff has now filed a response indicating that he has certain income and expenses that were not included in the earlier application. *See* Docket No. 8. The Court **DENIES** without prejudice Plaintiff's application to proceed *in forma pauperis*. No later than **March 31, 2026**, Plaintiff must either (1) file a <u>fully completed</u> application to proceed *in forma pauperis*,[1] or (2) pay the fee for filing a civil action.

IT IS SO ORDERED.

Dated: March 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] If Plaintiff files a new application to proceed *in forma pauperis*, he must read carefully the questions on the form and must ensure that he provides complete and accurate answers to those questions.

1