IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

Darion Zakier Kenshae Jackson,

Plaintiff,

v.

TELUS INTERNATIONAL (US) CORP,

Defendant.

Case No.: 2:26-cv-00337-CDS-NJK



| | FILED | _____ RECEIVED |
|---|---|---|
| | ENTERED | _____ SERVED ON |
| | | COUNSEL/PARTIES OF RECORD |

MAR 18 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

---

# NOTICE OF FILING

PLEASE TAKE NOTICE that on this 18th day of March, 2026 Darion Jackson, Plaintiff, filed the following document(s) with the Court:

- AO 239 (Long Form)

These documents have been filed with the Clerk of the Court and are part of the official record in this case.

DATED this 18th day of March, 20.26

Respectfully submitted,

_____

Darion Zakier Kenshae Jackson

3692 E Colton Ave

Las Vegas, NV 89115

(775) - 223 -6594

Jacksondarion0@gmail.com

Plaintiff, Pro Se