Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

```
                                    ___ FILED      ___ RECEIVED
                                    ___ ENTERED    ___ SERVED ON
                                        COUNSEL/PARTIES OF RECORD

                                        FEB 10 2026

                                    CLERK US DISTRICT COURT
                                    DISTRICT OF NEVADA
                                BY: [▼]              Ammi        DEPUTY
```

# UNITED STATES DISTRICT COURT

for the

District of Nevada

Southern Division

Darion Zakier Kenshae Jackson

)
)
)
)
)

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Telus International (US) Corp

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑Yes  ☐No

**2:26-cv-00337-CDS-NJK**

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Darion Zakier Kenshae Jackson |
| Street Address | 3692 E Colton Ave |
| City and County | Las Vegas, Clark County |
| State and Zip Code | Nevada, 89115 |
| Telephone Number | 775-223-6594 |
| E-mail Address | Jacksondarion0@gmail.com |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name                              Telus International (US) Corp

Job or Title *(if known)*

Street Address                    2251 S Decatur Blvd

City and County                   Las Vegas, Clark County

State and Zip Code                Nevada, 89102

Telephone Number                  (702) 238-7900

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4 .

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Telus Digital |
| Street Address | 2251 S Decatur Blvd |
| City and County | Las Vegas, Clark County |
| State and Zip Code | Nevada, 89102 |
| Telephone Number | (702) 238-7900 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☑    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

See attached additional pages (9)

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☑    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race _____

☐    color _____

☐    gender/sex _____

☐    religion _____

☐    national origin _____

☐    age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*

See attached additional pages (10)

E.    The facts of my case are as follows. Attach additional pages if needed.

See attached additional pages (7)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
11/20/2025

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*   11/21/2025   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See attached additional pages (8)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   02/10/2026

Signature of Plaintiff

Printed Name of Plaintiff   Darion Zakief Kenshae Jackson

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

### III. Statement of Claim (E)

1       Employment History: I was hired by TELUS INTERNATIONAL (U.S.) CORP. on or about April 1, 2025, as a Content Moderator at the facility located at 2251 S. Decatur Blvd, Las Vegas, NV. My final job title was Content Moderator.

2       Race Discrimination (Title VII): From approximately May 2025 through July 2025, I was subjected to unwelcome and discriminatory comments regarding my race (African American) by my supervisor. These comments included the use of terms like "you guys" and "them" when specifically referring to African Americans. Despite several complaints made by me and other employees and me, the behavior was not initially addressed.

3       Disability and Accommodation (ADA): On or about May 8, 2025, I informed my employer of my medical condition and my need for reasonable accommodations under the Americans with Disabilities Act. While the company officially approved my ADA accommodation on June 11, 2025, management failed to respect or implement these accommodations when I moved departments in July 2025.

4       Failure to Engage/Internal Complaints: My approved accommodations were ignored until September 2025, when I was forced to involve Human Resources to ensure my rights were respected.

5       Retaliation and Termination: On or about October 22, 2025, shortly after my protected activity of complaining to Human Resources about my accommodations, I was suspended. On October 28, 2025, I was terminated.

6       Pretext: While the company claimed my termination was due to performance issues and failing to meet metrics, I believe this was a pretext for retaliation and discrimination based on my disability, my race, and my request for accommodations.

**PAGE 7**

## V. Relief Requested

1.  **Back Pay and Benefits**: I request an award of all lost wages and benefits from the date of my termination (October 28, 2025) to the date of judgment.
    *   **Basis**: I was paid **$18.00 per hour** and worked full-time. As of February 2026, my lost wages alone total approximately **$11,500** (calculated at $720/week for ~16 weeks), plus the value of lost employer-paid benefits and retirement contributions.
2.  **Actual and Medical Damages**: I seek reimbursement for all out-of-pocket medical expenses incurred as a result of the defendant's conduct, including the physical and mental toll it has taken.
    *   **Hospitalization and Equipment**: I request the full cost of my **two hospital visits**, the cost of the **medical back brace** prescribed to me, and the cost of **back pain medication** required to manage my physical symptoms.
3.  **Compensatory Damages**: I request the maximum award for the severe emotional distress, mental anguish, and loss of enjoyment of life that resulted in a flawed mental health state and the **loss of my apartment**.
4.  **Punitive Damages**: I seek punitive damages in an amount to be determined at trial to punish the defendant for its reckless indifference to my federally protected rights under the ADA and Title VII.
5.  **Front Pay**: If reinstatement is not feasible due to the hostile environment, I request an award of "front pay" to compensate me for future lost earnings while I seek comparable employment.
6.  **Injunctive Relief**: I request that the court order the defendant to implement mandatory training for the S. Decatur location management regarding disability accommodations and anti-retaliation.

**PAGE 8**

**Statement of Claim (B)**

Earliest Date: May 1, 2025.
Latest Date: October 28, 2025.

Specific Incident Timeline:

• May 2025 through July 2025: I was subjected to unwelcome comments related to my race from my supervisor.

• May 8, 2025: I informed my employer of my medical condition and the need for accommodations.

• June 11, 2025: My ADA accommodation was approved.

• July 2025 through September 2025: Management failed to respect my approved accommodations after I moved departments.

• October 22, 2025: I was suspended pending an investigation.

• October 28, 2025: My employment was terminated.

**Page 9**

## III. Statement of Claim (D)

## Checked Boxes and Explanations

- [X] Race
  - **Explanation**: "I was subjected to unwelcome and discriminatory comments regarding my race (African American) by my supervisor between May 2025 and July 2025. This included the derogatory use of terms like 'you guys' and 'them' specifically when referring to African American employees."
- [X] Disability or perceived disability
  - **Explanation**: "I have a physical impairment (back injury) and associated mental health conditions (severe depression and anxiety) that substantially limit major life activities, including working, walking, and sleeping. My employer officially approved my ADA accommodations on June 11, 2025, but management failed to honor them after I was transferred to a new department in July 2025."
- [X] Other (Retaliation)
  - **Explanation**: "I was subjected to retaliation for engaging in protected activity. Shortly after I filed a formal complaint with Human Resources regarding the defendant's failure to honor my approved ADA medical accommodations, I was suspended (October 22, 2025) and subsequently terminated (October 28, 2025)."

**PAGE 10**