UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DARION ZAKIER KENSHAE JACKSON,

Plaintiff,

v.

TELUS INTERNATIONAL (U.S.) CORP.,

Defendant.

```
      FILED
      ENTERED          RECEIVED
              COUNSEL PARTIES SERVED ON
                             OF RECORD

          MAR 2 4 2026

      CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:
                        DEPUTY
```

CASE NO: 2:26-cv-00337-CDS-NJK

CERTIFICATE OF INTERESTED PARTIES

The undersigned, appearing pro se, certifies that the following may have a legal or financial interest in the outcome of this case (Check one):

[ X ] There are no known interested parties other than those participating in the action.

[ ] The following is a list of all persons, associations, partnerships, or corporations that have an interest in the outcome of this case:

DATED this 24th day of March, 2026.

_____

DARION ZAKIER KENSHAE JACKSON