**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DARION ZAKIER KENSHAE JACKSON | 2:26-cv-00337-CDS-NJK |

__Filed __Received __Entered __Served On
Counsel/Parties of Record

**MAR 3 0 2026**

Clerk U.S. District Court
District of Nevada
By:_____ Deputy

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| TELUS INTERNATIONAL (U.S.) CORP | Summons and Complaint |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Corporation Service Company (CSC), Registered Agent for TELUS International (U.S.) Corp

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
112 North Curry Street Carson City, NV, 89703

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Darion Zakier Kenshae Jackson

3692 E Colton Ave
Las Vegas, NV, 89115

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please Serve the Registered Agent at the front desk. Service is being made pursuant to the court's IFP order dated March 18th, 2026

Signature of Attorney other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| (775) - 223 - 6594 | 03/24/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 048 | No. A48 | | 25 MAR 2026 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| | 3/26/2026 | 11:30 | ☒ am ☐ pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS 3-26-2026- Served to Kris Kennison (Clerk) on 3/26/2026 @ 11:30 am. 1 Dsm Hwr, 60 miles

Form USM-285
Rev. 03/21