UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 0 9 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

DARION ZAKIER KENSHAE JACKSON, Plaintiff,

v.

TELUS INTERNATIONAL (US) CORP., Defendant.

Case No.: 2:26-cv-00337-CDS-NJK

**PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**

Plaintiff, appearing pro se, respectfully moves this Court for an order staying all proceedings in this action pending the completion of arbitration.

MEMORANDUM OF POINTS AND AUTHORITIES

The parties are subject to a written arbitration agreement. Pursuant to 9 U.S.C. § 3, the court "shall on application of one of the parties stay the trial of the action until such arbitration has been had."

Furthermore, the U.S. Supreme Court held in Smith v. Spizzirri, 601 U.S. 472 (2024), that when a dispute is subject to arbitration and a party requests a stay, the district court must stay the proceedings rather than dismiss the action. Plaintiff intends to proceed with arbitration and requests this Court retain jurisdiction until a final resolution is reached.

Respectfully submitted,

Signature: _____

Printed: _Darion Zakier Kenshae Jackson_

Dated: _04/09/2026_