```
FILED
ENTERED                    RECEIVED
                           SERVED ON
        COUNSEL/PARTIES OF RECORD

        APR 0 9 2026

        CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:                        DEPUTY
```

**Case No.: 2:26-cv-00337-CDS-NJK**

**CERTIFICATE OF SERVICE**

I hereby certify that on this _9th_ day of _April_____, 2026, I served a true and correct copy of the foregoing

- Motion to Stay Proceedings Pending Arbitration
- Proposed Order Granting Motion to Stay

For the Upon defendant's counsel via U.S. First Class Mail at the following address:

Attorney(s) Name: Luke Molleck & Roger Grandgenett

Law Firm: Littler Mendelson P.C.

Address: 200 S. Virginia Street, 8th Floor, Reno, NV 89501-1944

Signed: _____

DARION ZAKIER KENSHAE JACKSON