UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



FILED _____  RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 0 9 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

DARION ZAKIER KENSHAE JACKSON,

Plaintiff,

v.

TELUS INTERNATIONAL (US) CORP.,

Defendant.

Case No.: 2:26-cv-00337-CDS-NJK

## PROPOSED ORDER GRANTING MOTION TO STAY

The Court, having considered Plaintiff's Motion to Stay Proceedings Pending Arbitration:

IT IS HEREBY ORDERED that Plaintiff's Motion to Stay is GRANTED.

IT IS FURTHER ORDERED that this action is STAYED in its entirety pending the completion of arbitration between the parties. The parties shall file a Joint Status Report every ninety (90) days regarding the status and progress of the arbitration proceedings.

IT IS SO ORDERED BY:

UNITED STATES DISTRICT JUDGE

_____

DATED this _____ day of _____, 2026.