Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:  702.862.8800
Facsimile:    702.862.8811
rgrandgenett@littler.com

Luke Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501.1944
Telephone:  775.348.4888
Facsimile:    775.786.0127
lmolleck@littler.com

Attorneys for Defendant
TELUS INTERNATIONAL (U.S.) CORP.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DARION ZAKIER KENSHAE JACKSON,<br><br>Plaintiff<br><br>v.<br><br>TELUS INTERNATIONAL (US) CORP,<br><br>Defendant | Case No. 2:26-cv-00337-CDS-NJK<br><br>**STIPULATION AND ORDER TO STAY CASE AND PROCEED TO ARBITRATION**<br>**FIRST REQUEST**<br><br>[ECF No. 17] |

Plaintiff DARION ZAKIER KENSHAE JACKSON ("Plaintiff") and Defendant TELUS INTERNATIONAL (U.S.) CORP. ("Defendant"), by and through their respective counsel, hereby submit this Stipulation and Order to Stay Case Pending Arbitration.

WHEREAS Plaintiff and Defendant stipulate and agree that pursuant to the terms of the Mutual Agreement to Arbitrate Claims ("Arbitration Agreement") entered by the parties at the inception of Plaintiff's employment, this matter is subject to binding arbitration.

WHEREAS Plaintiff has filed his Motion to Stay Proceedings Pending Arbitration (ECF No.16), requesting that the Court stay all proceedings pending arbitration of his claims.

Accordingly, it is hereby stipulated by and between the Parties and ORDERED as follows:

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

1. This action is stayed and submitted to binding and final arbitration according to the terms of the Arbitration Agreement in order for this Court to retain jurisdiction of the matter for enforcement purposes and any post-arbitration filings regarding the same;

2. Nothing in this stipulation serves as a waiver of Plaintiff's claims or right to dispute the arbitration agreement; nor does this Stipulation operate as a waiver of Defendant's defenses;

3. Each party must bear its own fees and costs before the Court as of this date; and

4. The parties will notify this Court within 30 days of resolution of the arbitration proceeding and submit any necessary filing regarding the same to dismiss this matter.

Accordingly, the Parties ask the Court to stay this matter pending arbitration proceedings.

Dated: April 13, 2026

Dated: April 13, 2026

LITTLER MENDELSON, P.C.

/s/ Darion Zakier Kenshae Jackson
Darion Zakier Kenshae Jackson

Plaintiff, Pro Se

/s/ Luke W. Molleck
Roger L. Grandgenett II, Esq.
Luke W. Molleck, Esq.

Attorneys for Defendant
TELUS INTERNATIONAL (U.S.) CORP.

**IT IS SO ORDERED.**

UNITED STATE DISTRICT JUDGE

Dated: April 14, 2026

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

2

4908-9714-9089