_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
        COUNSEL/PARTIES OF RECORD

MAY 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

### UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

**DARION ZAKIER KENSHAE JACKSON,** Plaintiff,

v.

**TELUS INTERNATIONAL (US) CORP.,** Defendant.

**Case No.: 2:26-cv-00337-CDS-NJK**

## PLAINTIFF'S STATUS REPORT REGARDING ARBITRATION

Plaintiff Darion Jackson, appearing *pro se*, respectfully submits this Status Report to inform the Court of the current status of this matter.

**I. UNILATERAL FILING** Plaintiff attempted to coordinate a Joint Status Report with counsel for Defendant, Luke Molleck. However, as of the date of this filing, Defendant's counsel has not provided a response or participated in the drafting of a joint report. Accordingly, Plaintiff is filing this report unilaterally to ensure the Court is apprised of the progress of the case.

**II. STATUS OF ARBITRATION** Pursuant to the Parties' arbitration agreement and the prior orders of this Court:

1. **Demand Filed:** On May 13, 2026, Plaintiff formally filed a **Demand for Arbitration** with Judicial Arbitration and Mediation Services (**JAMS**). A copy of the Demand (Case No. 5260001319) is attached hereto as **Exhibit A**.
2. **Venue:** The arbitration is set to be administered by the JAMS Resolution Center in Las Vegas, Nevada.
3. **Procedures:** Plaintiff has requested Expedited Procedures under JAMS Rules 16.1 and 16.2 to ensure a timely resolution.
4. **Fee Waiver:** Plaintiff has contacted the JAMS Case Manager to apply for an indigent fee waiver regarding the $400 filing fee, as Plaintiff is proceeding *pro se* and the agreement requires the employer to bear the primary costs of arbitration.

**III (a). COMPLIANCE WITH INFORMAL DISPUTE RESOLUTION** Pursuant to the "Informal Dispute Resolution Requirement" set forth on Page 1 of the Mutual Agreement to Arbitrate Claims, Plaintiff attempted to resolve this matter in good faith through amicable negotiations.

Plaintiff provided Defendant with a settlement offer and a formal opportunity to negotiate; however, more than 30 days have passed, and Defendant has provided no response. Having exhausted the mandatory informal negotiation period without any engagement from the Defendant, Plaintiff has proceeded with the formal Demand for Arbitration.

**III (b). REMEDIES SOUGHT** Plaintiff is seeking all available legal remedies including back pay, front pay, compensatory damages for emotional distress, and punitive damages for alleged race and disability discrimination and retaliation. The total amount in controversy exceeds $300,000.

**IV. CONCLUSION** Plaintiff has taken all necessary steps to commence the arbitration process as required. Plaintiff suggests that the current stay in the federal proceedings remain in effect while the arbitration moves forward.

Dated: May 15, 2026

Respectfully submitted,

Darion Zakier Kenshae Jackson *Plaintiff, Pro Se*