# Exhibit A

# Demand For Arbitration - Darion Jackson vs. Telus International #5260001319

## Submission Date: 5/14/2026

### 1. JAMS Local Center

JAMS resolution center        Requested Hearing Location

Las Vegas, Nevada

### 2. Rules & Fees

Arbitration Rules

JAMS Employment Arbitration Rules and Procedures

Filing & Submission Fees

⦿ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

**3.Claimant(s)**                                   **Claimant Representatives**

1.Darion Jackson
  3692 E Colton Ave
  89115 Las Vegas Nevada
  7752236594
  jacksondarion0@gmail.com

---

05/13/2026                                          *Page 1 of 3*

Case 2:26-cv-00337-CDS-NJK    Document 21-1    Filed 05/15/26    Page 3 of 4

**4.Respondent(s)**

1.

Telus International
2251 S Decatur Blvd
89102 Las Vegas Nevada
(702) 238-7900
TIDS_US_HR@telusinternational.com

**Respondent Representatives**

A.Lucas Molleck
Littler Mendelson P.C.
14405Nevada
200 S. Virginia Street, 8th Floor
89501 Reno Nevada
775-785-6384
LMolleck@littler.com

**5. Nature of Dispute**

I was employed by TELUS International (U.S.) Corp. as a Content Moderator starting April 1, 2025. During my employment, I was subjected to unwelcome comments regarding my race. On May 8, 2025, I informed the Respondent of a medical condition requiring ADA accommodations, which were approved on June 11, 2025. However, management failed to respect these accommodations from July through September 2025. On October 22, 2025, I was suspended and subsequently terminated on October 28, 2025. I believe my termination was in retaliation for my internal complaints regarding my ADA accommodations and that I was discriminated against based on my race and disability. I am seeking back pay and lost benefits from October 28, 2025; front pay; compensatory damages for emotional distress, mental anguish, and loss of enjoyment of life; punitive damages for willful retaliation and discrimination; and reasonable attorney's fees and costs of arbitration. Total amount in controversy exceeds $300,000.

Amount in Controversy $ 300000

**6. Agreement**

Document Name: Mutual Agreement to Arbitrate Claims. Arbitration Provision Location: Page 1. Specific Clause: Under the heading "Claims Covered by this Agreement," which states that both parties consent to binding arbitration for all claims, including those arising under Title VII and the Americans with Disabilities Act. The agreement specifically designates JAMS as the arbitration service on Page 1.

☑ By checking the box to the left, Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than seven (7) days from the date this Demand is served whether it agrees to the Expedited Procedures.

- Darion Jackson.pdf   Exhibits

---

## 7. Consumer & Employment

⦿ NO, this is not a CONSUMER ARBITRATION
⦿ Less than $100,000

---

## 8. Submission information

Name    Darion Jackson
Address    3692 E Colton Ave
Zip Code    89115
City    Las Vegas
State    NV
Phone    7752236594
E-mail    jacksondarion0@gmail.com