UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**DARION ZAKIER KENSHAE JACKSON,**

**Plaintiff,**

**v.**

**TELUS INTERNATIONAL (US) CORP.,**

**Defendant.**



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 4 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**Case No.: 2:26-cv-00337-CDS-NJK**

**PLAINTIFF'S UPDATED STATUS REPORT REGARDING ARBITRATION & EEOC**

## I. INTRODUCTION

Plaintiff Darion Jackson, appearing pro se, respectfully submits this Updated Status Report to inform the Court of the current status of the arbitration and EEOC proceedings related to this matter.

## II. STATUS OF ARBITRATION

As previously reported, Plaintiff filed a Demand for Arbitration with JAMS (Case No. 5260001319) on May 13, 2026. Since the last update, Plaintiff has attempted to follow up on the status of the proceedings, but has encountered delays in communication from the Defendant's representatives. Plaintiff continues to seek a timely resolution and compliance with the arbitration agreement.

## III. STATUS OF EEOC PROCEEDINGS

Plaintiff is actively pursuing administrative remedies through the Equal Employment Opportunity Commission (EEOC) regarding the claims of discrimination and retaliation. These administrative proceedings are ongoing and run parallel to the arbitration process.

## IV. DISCOVERY AND REMEDIES

Plaintiff respectfully requests that the Court take notice of this status update and maintain the current stay of this matter pending the completion of the ongoing arbitration and EEOC proceedings. Plaintiff has remained in communication with the JAMS case manager regarding the administration of the arbitration, including the required retainer payment necessary to proceed. Plaintiff will continue to provide the Court with updates regarding any material developments.

Dated: July 14th, 2026

Respectfully submitted,

**Darion Zakier Kenshae Jackson** *Plaintiff, Pro Se*

Las Vegas, NV 89115

(775) - 223 -6594

Jacksondarion0@gmail.com

Plaintiff, Pro Se