✓ FILED
ENTERED
SEP 02 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**DARION ZAKIER KENSHAE JACKSON,**

**Plaintiff,**

**v.**

**TELUS INTERNATIONAL (US) CORP.,**

**Defendant.**

**Case No.: 2:26-cv-00337-CDS-NJK**

**PLAINTIFF'S UPDATED STATUS REPORT REGARDING ARBITRATION & EEOC**

## I. INTRODUCTION

Plaintiff Darion Jackson, appearing pro se, respectfully submits this Updated Status Report to inform the Court of recent developments in the arbitration proceedings and EEOC administrative process related to this matter.

## II. UPDATED STATUS OF ARBITRATION

On August 12, 2026, JAMS issued a **Notice of Intent to Initiate Arbitration** in *Jackson, Darion vs. Telus International*, confirming that the matter will proceed under the JAMS Employment Arbitration Rules. JAMS granted Plaintiff's fee-waiver request, stating:

> "the employee does not have to pay the $400.00 portion and the employer/Respondent must pay the full $2,000 non-refundable Filing Fee."

JAMS then issued a retainer invoice to Defendant's counsel reflecting the required payment:

> "JAMS INC Non-Refundable Filing Fee – $2,000.00."

JAMS advised that arbitration will formally commence once the Defendant pays this filing fee:

> "Upon receipt of the Filing Fee from Respondent, JAMS will formally commence this matter and proceed with the arbitrator selection process."

The plaintiff remains in communication with the JAMS case manager and will notify the Court once the fee is paid and the arbitration process officially begins.

## III. DISCOVERY AND REMEDIES

Plaintiff respectfully requests that the Court maintain the current stay of this matter pending completion of the arbitration and EEOC proceedings. At this stage, discovery cannot begin until arbitration formally commences. As JAMS has stated:

> "Upon receipt of the Filing Fee from Respondent, JAMS will formally commence this matter and proceed with the arbitrator selection process."

Plaintiff remains in communication with the JAMS case manager and will promptly notify the Court once the Defendant pays the required filing fee and the arbitration process officially begins. Plaintiff will continue to pursue all available remedies through arbitration and the EEOC and will provide the Court with updates regarding any material developments.

Dated: ~~August~~ September 2nd, 2026

Respectfully submitted,

[signature] **Darion Zakier Kenshae Jackson** *Plaintiff, Pro Se*

# NOTICE OF INTENT TO INITIATE ARBITRATION

NOTICE TO ALL PARTIES August 12, 2026

RE: **Jackson, Darion vs. Telus International**
Reference #: 5260001319

Dear Parties:

JAMS has received a Demand for Arbitration in the above-referenced matter pursuant to a mandatory pre-dispute arbitration clause contained in a contract between the parties.

Pursuant to the parties' pre-dispute arbitration agreement and JAMS policy, this arbitration shall be conducted in accordance with the JAMS Employment Arbitration Rules. It is important to familiarize yourself with the arbitration rules. A copy of these rules can be obtained by visiting our website at www.jamsadr.com.

Under the JAMS Policy on Employment Arbitration Minimum Standards of Procedural Fairness, when an employee initiates arbitration against the employer, the only fee required to be paid by the employee is $400.00. However, the employee has submitted a Declaration in Support of Application for Waiver of Fees which has been granted. Therefore, the employee does not have to pay the $400.00 portion and the employer/Respondent must pay the full $2,000 non-refundable Filing Fee. Payment is due upon receipt. **Please note that California Code of Civil Procedure sections 1281.97 – 1281.99 may apply to the payment of fees for this arbitration.**

Upon receipt of the Filing Fee from Respondent, JAMS will formally commence this matter and proceed with the arbitrator selection process.

Contact me at 415-774-2635 or denglish@jamsadr.com if you have questions.

Sincerely,

Darcy English

Darcy English
Senior Arbitration Practice Specialist
denglish@jamsadr.com

JAMS®

# RETAINER

**Invoice Date**
8/12/2026

**Invoice Number**
8381960

Bill To: **Lucas Molleck Esq.**
**Littler Mendelson**
**5470 Kietzke Lane**
**Suite 300**
**Reno, NV 89511**
**US**

**Reference #: 5260001319 - Rep# 2**
Billing Inquiries: **English, Darcy**
Email: **denglish@jamsadr.com**
Telephone: **415-774-2635**
Employer ID: **68-0542699**

RE: **Jackson, Darion vs. Telus International**
Representing: **TELUS International**

Neutral(s): **JAMS 1-JAMS**
Hearing Type: **ARBITRATION** DE

| Date / Time | Description | Your Share |
|---|---|---|
| 8/11/26 12:00 AM | **JAMS INC** Non-Refundable Filing Fee | $ 2,000.00 |

| | |
|---|---|
| **Total Billed:** | $ 2,000.00 |
| **Total Payment:** | $ 0 |
| **Balance:** | $ 2,000.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

Click here to pay

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**