UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
NOV 05 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**DARION ZAKIER KENSHAE JACKSON,**

*Plaintiff,*

v.

**TELUS INTERNATIONAL (US) CORP.,**

*Defendant.*

**Case No.:** 2:26-cv-00337-CDS-NJK

# PLAINTIFF'S UPDATED STATUS REPORT REGARDING ARBITRATION & EEOC

## I. INTRODUCTION

Plaintiff Darion Zakier Kenshae Jackson, appearing *pro se*, respectfully submits this Updated Status Report to inform the Court of significant recent developments in the underlying JAMS arbitration proceedings (JAMS Reference No.: 5260001319) and the ongoing EEOC administrative process related to this action.

## II. UPDATED STATUS OF ARBITRATION

1. **Appointment of Arbitrator:**
   On **October 15, 2026**, JAMS issued a formal Notice to All Parties confirming the appointment of **Hon. Gloria J. Sturman (Ret.)** as Arbitrator in *Jackson, Darion vs. Telus International* (JAMS Ref. #: 5260001319).
2. **Case Management Assignment:**
   Administrative responsibility for the arbitration has been transferred to **Mara E. Satterthwaite, Esq.**, Case Manager to Hon. Gloria J. Sturman (Ret.), located at 7160 Rafael Rivera Way, Suite #400, Las Vegas, NV 89113.
3. **Retainer Invoice and Fee Responsibilities:**
   - On October 15, 2026, JAMS issued a Retainer Invoice (Invoice No. 8480538) to Defendant's counsel (Lucas Molleck, Esq. / Littler Mendelson) in the amount of **$6,500.00** for preliminary professional services.

- Pursuant to JAMS Policy on Employment Arbitration Minimum Standards of Procedural Fairness (Standard No. 6), the maximum fee Plaintiff (as an employee) can be required to pay toward filing fees is $400.00, which JAMS previously waived. Defendant TELUS International is required to bear all other administrative fees, filing costs, and professional fees of the Arbitrator ($650.00/hour plus 13% Case Management Fee).
- Payment of the retainer is required prior to scheduling the Preliminary Arbitration Management Conference Call with the Arbitrator.

4. **Arbitrator Disclosures & Compliance:**
   - On October 15, 2026, JAMS issued a Supplemental Commencement Disclosure Report detailing JAMS' prior case history involving Defendant TELUS International and Defendant's counsel (Littler Mendelson).
   - On October 16, 2026, Hon. Gloria J. Sturman (Ret.) executed the required Arbitrator Disclosure Checklist and General Disclosures (Report A), confirming no disqualifying conflicts or prior relationships that would impair her ability to serve as an impartial neutral in this matter.

**III. DISCOVERY AND REMEDIES**

Plaintiff respectfully requests that the Court maintain the current stay of this matter pending completion of the arbitration and EEOC proceedings.

Upon receipt of the required retainer payment from Defendant, JAMS will schedule the Preliminary Arbitration Management Conference Call to establish the schedule for discovery exchange (including document exchange and witness depositions in accordance with JAMS Minimum Standards) and set future hearing dates. Plaintiff remains in active communication with JAMS Case Manager Mara E. Satterthwaite, Esq., and will promptly notify the Court of any further material developments.

Dated: 11/05/2026

Respectfully submitted,

[signature] **Darion Zakier Kenshae Jackson** *Plaintiff, Pro Se*