JAMS®

NOTICE TO ALL PARTIES

October 15, 2026

Re: **Jackson, Darion vs. Telus International**
Ref. No.: 5260001319

Dear Parties:

Roger Grandgenett is involved in this matter. Enclosed please find a supplemental commencement disclosure report.

Please call me at 702-835-7803 if you have any questions.

Sincerely,

Mara E. Satterthwaite, Esq.
Director, Operations
msatterthwaite@jamsadr.com
Direct: 702-835-7803

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 0 5 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ______ DEPUTY

**JAMS Commencement Disclosure (MKT016I)**

Jackson, Darion vs. Telus International

JAMS administers approximately 15,000 cases per year. This report lists the numbers of cases JAMS has administered in the last five years involving any party, lawyer, or law firm in the present case. "Administered" means any case in which JAMS received a payment, regardless of which party (or parties) remitted payment. The numbers below do not include the present case. All branches of law firms are included. JAMS has more than 400 neutrals on its panel, and approximately one third of JAMS neutrals have an ownership share in the company. Each owner has one share.

Owners are not privy to information regarding the number of cases or revenue related to cases assigned to other panelists. No shareholder's distribution has ever exceeded 0.1% of JAMS total revenue in a given year. Shareholders are not informed about how their profit distributions are impacted by any particular client, lawyer or law firm and shareholders do not receive credit for the creation or retention of client relationships. JAMS typically serves this report on the parties at the commencement of a JAMS matter. This report is not provided to JAMS' neutrals and will not be provided to the neutral eventually selected for this matter. JAMS neutrals are not informed about matters handled by other neutrals and are not privy to the numbers of matters involving any particular company, lawyer or law firm other than matters in which they have previously served as a neutral.

Please note, cases administered by JAMS Denver are not included in this report. JAMS Denver is a licensee office and does not share the same case administration system as JAMS. If you would like disclosure information for Denver administered cases, please notify your Case Manager within 15 days.

Once appointed in this case, the neutral will issue his or her own required disclosures.

Reference #: 5260001319 10/15/2021 - 10/15/2026

## Claimant(s)

**Darion Jackson**

No Address Listed

**Cases heard with Darion Jackson**

No Cases to Report

## Counsel for Claimant

**Darion Jackson**

3692 E Colton Ave
Las Vegas, NV 89115

**Cases heard with Darion Jackson**

No Cases to Report

**Cases heard with**

No Cases to Report

## Respondent(s)

**TELUS International ****

No Address Listed

**Cases heard with TELUS International ****

Arbitration

| | |
|---|---|
| • Arbitration(s) - Closed cases | 4 |
| • Arbitration(s) - Open cases | 3 |

**JAMS Commencement Disclosure (MKT016I)**

Jackson, Darion vs. Telus International

Reference #: 5260001319 10/15/2021 - 10/15/2026

## Counsel for Respondent

**Lucas W Molleck**
**Littler Mendelson ****

5470 Kietzke Lane
Suite 300
Reno, NV 89511

**Cases heard with Lucas W Molleck**

Arbitration

| | |
|---|---|
| • Arbitration(s) - Closed cases | 5 |
| • Arbitration(s) - Open cases | 6 |

Mediations\Neutral Analysis\Other

| | |
|---|---|
| • Mediation(s) - Closed cases | 4 |

**Cases heard with Littler Mendelson ****

Arbitration

| | |
|---|---|
| • Arbitration(s) - Closed cases | 1,955 |
| • Arbitration(s) - Open cases | 473 |

Court Reference

| | |
|---|---|
| • Court Reference(s) - Closed cases | 2 |

Mediations\Neutral Analysis\Other

| | |
|---|---|
| • Med-Arb(s) - Closed cases | 6 |
| • Med-Arb(s) - Open cases | 2 |
| • Mediation(s) - Closed cases | 734 |
| • Mediation(s) - Open cases | 46 |
| • Neutral Analysis(s) - Closed cases | 1 |

**Roger L. Grandgenett**
**Littler Mendelson ****

8474 Rozita Lee Ave
Suite 200
Las Vegas, NV 89113

**Cases heard with Roger L. Grandgenett**

Arbitration

| | |
|---|---|
| • Arbitration(s) - Closed cases | 2 |

**JAMS Commencement Disclosure (MKT016I)**

Jackson, Darion vs. Telus International

Reference #: 5260001319 10/15/2021 - 10/15/2026

| | |
|---|---|
| • Arbitration(s) - Open cases | 4 |

Mediations\Neutral Analysis\Other

| | |
|---|---|
| • Mediation(s) - Closed cases | 1 |

**JAMS Commencement Disclosure (MKT016I)**

Jackson, Darion vs. Telus International

Reference #: 5260001319 10/15/2021 - 10/15/2026

## Firm Names

### Littler Mendelson **

Disclosures for Littler Mendelson include the following entities in addition to Littler Mendelson.

Hicks & Walt/Littler Mendelson
Littler Mendelson P.C.
Littler Mendelson, P.C.
Littler Mendelson, P.C. Long Term Disability Plan
Littler Mendelson, PC

### TELUS International **

Disclosures for TELUS International include the following entities in addition to TELUS International.

TELUS
TELUS Communications
TELUS Communications (U.S.), Inc.
TELUS International (U.S.) Corp.
TELUS International (U.S.) Corp. dba TELUS Digital
TELUS International AI Acquisition, Inc.
TELUS International AI Inc.
TELUS International Digital Solutions, LLC
TELUS Legal Services